UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA VISCO, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　　Defendant. | NO. 2:15-CV-00110-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

　　　Pursuant to the Stipulation for Order of Dismissal (ECF No. 10), filed by Plaintiff under Fed.R.Civ.P. 41(a)(1)(A)(ii) and signed by all parties, the Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice without costs or attorneys' fees to either party. Plaintiff's Motion to Remand (ECF No. 6) is Denied as moot.

　　　**IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and furnish copies to counsel.

　　　**DATED** this 27th day of May, 2015.

　　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1